*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00011-CV

Victor **HUNTER** and Carolyn Hunter,
Appellants

v.

**50 BY 50 REO, LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 341500
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
           Steven C. Hilbig, Justice
           Marialyn Barnard, Justice

Delivered and Filed:   March 11, 2009

DISMISSED

When appellants filed this appeal they were required to pay a $175.00 filing fee. *See* TEX.

GOV'T CODE ANN. §§ 51.207(b)(1), 51.941(a) (Vernon 2005); *id.* §§ 51.208, 51.0051 (Vernon Supp.

2008); TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN CIVIL CASES IN THE SUPREME

COURT AND THE COURTS OF APPEALS AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT

LITIGATION (Misc. Docket No. 07-9138, Aug. 28, 2007) § B.1.(a). Appellants did not pay the

required filing fee; accordingly, the clerk of this court notified appellants by letter dated January 7,

2009, that their notice of appeal was conditionally filed and the filing fee was due no later than January 20, 2009. On February 10, 2009, when the fee remained unpaid, this court ordered that appellants must, not later than February 20, 2009, either (1) pay the applicable filing fee or (2) provide written proof to this court that he/she is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay – at the time an item is presented for filing – whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."). The court advised appellants that if they failed to respond satisfactorily within the time ordered, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3.

The filing fee has not been paid; and appellants have not otherwise responded to our February 10, 2009 order. We therefore **order** this appeal dismissed for want of prosecution. We further **order** appellants to bear all costs of this appeal.

PER CURIAM